JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:             541-593-4452
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FAITH MARIE ANAYA ROSALES,     )     Case No.  2:16-cv-00761-CMK
                               )
        Plaintiff              )     **STIPULATION AND**
                               )     **ORDER FOR EXTENSION OF TIME**
v.                             )     **TO FILE PLAINTIFF'S MOTION**
                               )     **FOR SUMMARY JUDGMENT**
CAROLYN W. COLVIN,             )
Acting Comm'r of Social Security,  )
                               )
        Defendant              )
                               )
                               )
_____)

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 15  Days to November 7, 2016, for Plaintiff to file her Opening Brief, in accordance with the

Court's Scheduling Order.   This is Plaintiff's second request for a 15 day extension, for a total of 30

days from the original due date.  It is requested because Plaintiff's counsel has a heavy workload and

is trying to reorganize her briefing schedule accordingly.  This will be the final extension.

1    The parties further stipulate that the Court's Scheduling Order be modified

2 accordingly.

3

4                                      Respectfully submitted,

5

6

7 Date: October 20, 2016              JACQUELINE A. FORSLUND
                                      Attorney at Law
8

9                                     /s/Jacqueline A. Forslund
10                                    JACQUELINE A. FORSLUND

11                                    Attorney for Plaintiff

12

13

14 Date:  October 19, 2016            PHILIP A. TALBERT
                                      Acting United States Attorney
15                                    DEBORAH STACHEL
                                      Regional Chief Counsel, Region IX
16                                    Social Security Administration

17                                    /s/Jeffery Chen
                                      JEFFERY CHEN
18                                    Special Assistant United States Attorney
                                      *By email authorization
19

20                                    Attorney for Defendant

21

22                                        ORDER

23 APPROVED AND SO ORDERED

24

25    Dated:  October 27, 2016

26                                    CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE
27

28

Rosales v. Colvin            Stipulation and Proposed Order        E.D. Cal. 2:16-cv-00761-CMK