PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: (415) 977-8939
   Facsimile: (415) 744-0134
   Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FAITH MARIE ANAYA ROSALES,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:16-cv-00761-CMK<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her MSJ.  Defendant respectfully requests this additional time because he has a very heavy workload, and because of a pre-planned holiday of two week at the end of December and in early January.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's responsive brief and opposition to Plaintiff's brief will be Monday, January 23, 2017.

Respectfully submitted,

Date: *December 27, 2016*         FORSLUND LAW LLC

By:   */s/ Jacqueline Anna Forslund* *
      JACQUELINE ANNA FORSLUND
      * *By email authorization on Dec. 27, 2016*
      Attorney for Plaintiff

Date: *December 27, 2016*         PHILIP A. TALBERT
                                  United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  January 10, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2