PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| FAITH MARIE ANAYA ROSALES, | ) | No. 2:16-cv-00761-CMK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **SECOND EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her MSJ.  Defendant respectfully requests this additional time because he has a very heavy accumulated workload after two weeks of leave over the holidays, and also has an upcoming Ninth Circuit oral argument in Pasadena on February 7, 2017.

Stip. to Extend Def.'s MSJ

1

1     The new due date for Defendant's responsive brief and opposition to Plaintiff's brief will
2 be Wednesday, February 22, 2017.

Respectfully submitted,

Date: *January 30, 2017*       FORSLUND LAW LLC

By:    */s/ Jacqueline Anna Forslund ‎*
        JACQUELINE ANNA FORSLUND
        *‎* By email authorization on Jan. 30, 2017*
        Attorney for Plaintiff

Date: *January 30, 2017*       PHILIP A. TALBERT
        United States Attorney

By:    */s/ Jeffrey Chen*
        JEFFREY CHEN
        Special Assistant United States Attorney
        Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: February 3, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2