PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: (415) 977-8939
   Facsimile: (415) 744-0134
   Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FAITH MARIE ANAYA ROSALES,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 2:16-cv-00761-CMK<br><br>**STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 30 days to file her MSJ.  Defendant respectfully requests this additional time because he has a very heavy workload, and because of an upcoming family vacation to Taiwan resulting in an absence from the office from Monday, February 27 through Friday, March 17, 2017.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's Motion for Summary Judgment will be Friday, March 24, 2017.

Respectfully submitted,

Date: *February 23, 2017*  FORSLUND LAW LLC

By: */s/ Jacqueline Anna Forslund *
JACQUELINE ANNA FORSLUND
* *By email authorization on Feb. 23, 2017*
Attorney for Plaintiff

Date: *February 23, 2017*  PHILIP A. TALBERT
United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: March 1, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2