1 PHILIP A. TALBERT
United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
4 JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
5     Social Security Administration
    160 Spear Street, Suite 800
6     San Francisco, CA 94105
    Telephone: (415) 977-8976
7     Facsimile: (415) 744-0134
8     Email: jacob.mikow@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FAITH MARIE ANAYA ROSALES,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:16-cv-00761-CMK<br><br>**STIPULATION AND ORDER FOR A FOURTH EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a fourth extension of time of 30 days to file her Motion for Summary Judgment. Defendant apologizes for missing the filing deadline in this case and respectfully requests this additional time. Defendant's counsel is seeking this extension due to a recent change of counsel (from Jeffery Chen to Mr. Chen's direct supervisor Jacob Mikow, the undersigned), management re-assessing heavy workloads, and the expectation that a new counsel for Defendant will be assigned to this case in the near future.

1

The new due date for Defendant's Motion for Summary Judgment will be Monday, April 24, 2017.

Respectfully submitted,

Date: *April 19, 2017*          FORSLUND LAW LLC

By:  */s/ Jacqueline Anna Forslund* *
     JACQUELINE ANNA FORSLUND
     * *By email authorization on April 15, 2017*
     Attorney for Plaintiff

Date: *April 19, 2017*          PHILIP A. TALBERT
                                United States Attorney

By:  */s/ Jacob M. Mikow*
     JACOB M. MIKOW
     Special Assistant United States Attorney
     Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 26, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2