1 | JACQUELINE A. FORSLUND
Forslund Law, LLC
2 | CSBN 154575
P.O. Box 4476
3 | Sunriver, OR  97707
4 | Telephone:   541-419-0074
Fax:              541-593-4452
5 | Email:          jaf@forslundlaw.com

6 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH MARIE ANAYA ROSALES, ) | Case No.  2:16-cv-00761-CMK |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days to May 22, 2016, for Plaintiff to file her Reply Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has not yet had adequate time to review Defendant's arguments in this case.

**Rosales v. Colvin**              **Stipulation and Proposed Order**     E.D. Cal. 2:16-cv-00761-CMK

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 15, 2017　　　　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　　　Attorney at Law

　　　　　　　　　　　　　　　　　　　　*/s/Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date:　May 15, 2017　　　　　　　　　　PHILIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　DEBORAH STACHEL
　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　　　*/s/Michael K. Marriott*
　　　　　　　　　　　　　　　　　　　　MICHAEL K. MARRIOTT
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　*By email authorization

　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.  PLAINTIFF'S REPLY BRIEF, FILED ON MAY 22, 2017, IS DEEMED TIMELY.

Dated:  May 24, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE